

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 6, 2014

**BY HAND DELIVERY**

The Honorable Loretta A. Preska
Chief United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re: **In re Search Warrant,**
          **No. 13 Mag. 2814, M9-150**

Dear Chief Judge Preska:

    The Government respectfully submits this letter to request that the Court note the appearance of the undersigned attorneys in the matter referenced above. With respect to the briefing schedule proposed by counsel for Microsoft in his letter of today's date, the Government confirms that it has no objection to that schedule, provided that it is acceptable to the Court.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney

By: _____
    LORIN L. REISNER
    JUSTIN ANDERSON
    SERRIN TURNER
    Assistant United States Attorneys
    (212) 637-1035 / -1946

cc: Counsel for Microsoft (by email)