USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In the Matter of a Warrant to Search a Certain
E-Mail Account Controlled and Maintained
By Microsoft Corporation

REDACTED

Action Nos. 13-MAG-2814, M9-150

## Supplemental Declaration Of REDACTED

I, REDACTED declare as follows:

1. I am a Lead Program Manager for Microsoft Corporation. I am responsible for managing the storage "backend" for Outlook.com, which is the current Internet domain name for Microsoft's web-based customer email service. This declaration supplements my declaration of December 17, 2013, and provides additional information regarding Microsoft's practices for storing Outlook.com user information. I have personal knowledge of the facts stated in this declaration.

2. When a user accesses Outlook.com through his or her web browser (*e.g.*, Internet Explorer, Safari, Firefox, Chrome), the user connects to a login page where the user must enter his or her username and password. REDACTED

REDACTED

3. REDACTED

REDACTED

4. REDACTED



5. REDACTED

6. Microsoft only has access to Outlook.com user content stored on its servers, and cannot access copies of Outlook.com user content that may be stored on an individual user's computer. For example, if a user accesses Outlook.com through a web browser, the browser may temporarily store a local cache of the user's content and non-content information. Because those copies are stored on the user's computer and not on Microsoft's servers, Microsoft has no access to that information.

\* \* \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/29/2014

Signed: