**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In the Matter of a Warrant to Search a Certain Email Account Controlled and Maintained by Microsoft Corporation | Case No. 13-MAG-2814 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey A. Novack, Esq., of Steptoe & Johnson LLP, 1114 Avenue of the Americas, New York, NY 10036, hereby enters appearance, as counsel for Verizon Communications Inc., in the above-captioned matter.

Dated: New York, New York
       June 10, 2014

STEPTOE & JOHNSON LLP

By:      s/ Jeffrey A. Novack
         Jeffrey A. Novack
         1114 Avenue of the Americas
         New York, New York 10036
         Telephone: (212) 506-3900
         Facsimile: (212) 506-3950
         jnovack@steptoe.com

*Counsel for Verizon Communications Inc.*

**CERTIFICATE OF SERVICE**

I, Aileen Farren, hereby certify that on this 10th day of June, 2014 I caused a copy of the foregoing Notice of Appearance to be served on all counsel of record via the Court's ECF system.

                                               s/ Aileen Farren
                                               Aileen Farren