**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In the Matter of a Warrant to
Search a Certain Email Account
Controlled and Maintained by
Microsoft Corporation

Case Nos. 13-MAG-2814

## NOTICE OF VERIZON COMMUNICATIONS INC.'S
## MOTION TO PARTICIPATE AS *AMICUS CURIAE*

Verizon Communications Inc. ("Verizon"), through counsel, respectfully moves to

participate in the above-captioned matter as *amicus curiae*, in support of Microsoft Corporation's

Motion to Vacate the Search Warrant.  As explained in the accompanying Memorandum of Law,

Verizon should be permitted to participate in this matter because of its substantial interest in, and

ability to aid the Court with, the disposition of the case.  Microsoft Corporation has consented to

Verizon's filing of the *amicus* brief.  Counsel for Verizon has spoken to counsel for the

government and sought the government's consent, but as of the time of filing, the government has

neither consented nor objected to the filing.

Respectfully submitted,

/s/ Jeffrey A. Novack
Michael Vatis (*pro hac vice* to be submitted)
Jeffrey A. Novack
Steptoe & Johnson LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900

*Counsel for Verizon Communications Inc.*

Dated:  June 10, 2014

## **CERTIFICATE OF SERVICE**

I, Aileen Farren, hereby certify that on this 10th day of June, 2014 I caused a copy of the

foregoing Notice of Motion and accompanying Memorandum of Law in Support of Motion to be

served on all counsel of record via the Court's ECF system.


s/ Aileen Farren
Aileen Farren