

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 10, 2014

By Fax (212-805-7941)
Hon. Loretta A. Preska
United States District Judge
Chief U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *In the Matter of a Warrant to Search a Certain E-mail Account Controlled and Maintained by Microsoft Corporation,*
13 Mag. 2814

Dear Chief Judge Preska:

Several prospective *amici* have requested the Government's consent to file *amicus* briefs in this matter in support of Microsoft Corporation. The Government does not object to the filing of *amicus* briefs in this litigation, so long as such briefs are kept to a reasonable length and are timely filed. Specifically, the Government respectfully requests that the Court require that any *amicus* brief filed in this matter not exceed 15 pages in length and that it be filed no later than June 13, 2014.

Respectfully,

PREET BHARARA
United States Attorney

By: _____
Serrin Turner
Assistant United States Attorney
Southern District of New York
(212) 637-1946

cc: Guy Petrillo, Esq.
Hanni Fakhoury, Esq.
Alan Charles Raul, Esq.
Marc Zwillinger, Esq.
Michael Vatis, Esq.

The Government's consent is so noted. To the extent the parties are not in agreement on any details, parties requesting relief may apply to the Court by motion for leave to appear as amicus curae.

SO ORDERED.                                   Dated:  New York, New York
*Loretta A. Preska*                                   June 11, 2014
_____
Loretta A. Preska
Chief United States District Judge