USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of a Warrant to Search a
Certain Email Account Controlled and
Maintained by Microsoft Corporation

Case No. 13-MAG-2814

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey A. Novack, Esq., of Steptoe & Johnson LLP, 1114 Avenue of the Americas, New York, NY 10036, hereby enters appearance, as counsel for Verizon Communications Inc., in the above-captioned matter.

Dated: New York, New York
      June 10, 2014

STEPTOE & JOHNSON LLP

By: _____
Jeffrey A. Novack
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 506-3900
Facsimile: (212) 506-3950
jnovack@steptoe.com

*Counsel for Verizon Communications Inc.*