USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of a Warrant to
Search a Certain Email Account
Controlled and Maintained by
Microsoft Corporation

Case Nos. 13-MAG-2814

## NOTICE OF VERIZON COMMUNICATIONS INC.'S MOTION TO PARTICIPATE AS *AMICUS CURIAE*

Verizon Communications Inc. ("Verizon"), through counsel, respectfully moves to participate in the above-captioned matter as *amicus curiae*, in support of Microsoft Corporation's Motion to Vacate the Search Warrant. As explained in the accompanying Memorandum of Law, Verizon should be permitted to participate in this matter because of its substantial interest in, and ability to aid the Court with, the disposition of the case. Microsoft Corporation has consented to Verizon's filing of the *amicus* brief. Counsel for Verizon has spoken to counsel for the government and sought the government's consent, but as of the time of filing, the government has neither consented nor objected to the filing.

Respectfully submitted,

_____
Michael Vatis (*pro hac vice* to be submitted)
Jeffrey A. Novack
Steptoe & Johnson LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900

*Counsel for Verizon Communications Inc.*

Dated: June 10, 2014