USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of a Warrant to Search a Certain Email Account Controlled and Maintained by Microsoft Corporation

Case No. 13-MAG-2814

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

**AILEEN FARREN**, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years and am not a party to this action.

2. I am employed at the offices of Steptoe & Johnson, 1114 Avenue of the Americas, New York, New York 10036 as a paralegal.

3. On June 10, 2014, I caused to be served *via* USPS First Class Mail, true and correct copies of the following documents listed below:

   a. Notice of Appearance;

   b. Notice of Verizon Communications, Inc.'s Motion to Participate as *Amicus Curiae*; and

   c. Memorandum of Law in Support of Verizon Communications, Inc.'s Motion to Participate as *Amicus Curiae* and Microsoft's Inc.'s Motion to Vacate Search Warrant.

4. Parties receiving service:

   Lorin L. Reisner
   Justin Anderson
   Serrin Andrew Turner
   UNITED STATES ATTORNEYS OFFICE SDNY
   One Saint Andrews Plaza
   New York, NY 10007

Nancy Kestenbaum, Esq.
Claire Catalano
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

James M. Garland, Esq. *(admitted pro hac vice)*
Alexander A. Berengaut, Esq. *(admitted pro hac vice)*
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004

Guy Petrillo
Nelson A. Boxer
PETRILLO KLEIN & BOXER LLP
655 Third Avenue
22nd Floor
New York, NY 10017

E. Joshua Rosenkranz
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019

*/s/ Aileen F. Farren*
AILEEN FARREN

Sworn to before me on the
10th day of June, 2014

*/s/ Daniel R. Rodriguez*

DANIEL R. RODRIGUEZ
Notary Public, State of New York
Registration No. 01RO6296611
Qualified in New York County
Commission Expires February 3, 2018