UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN THE MATTER OF A WARRANT TO SEARCH A CERTAIN E-MAIL ACCOUNT CONTROLLED AND MAINTAINED BY MICROSOFT CORPORATION | ) ) ) ) ) 13 Mag. 2814 ) |

**NOTICE OF MOTION OF AT&T CORP. FOR LEAVE TO APPEAR AS *AMICUS CURIAE* AND FILE A 20-PAGE BRIEF IN SUPPORT OF MICROSOFT CORPORATION**

**PLEASE TAKE NOTICE THAT** upon the Declaration of Alan Charles Raul, sworn to on June 11, 2014, and Exhibit A annexed thereto, as well as the accompanying Memorandum of Law, AT&T Corp. will move this Court, before the Honorable Judge Loretta A. Preska, Chief United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States District Courthouse, 500 Pearl St., Courtroom 12A, New York, New York, 10007, for an Order in the above-captioned action granting AT&T Corp. leave to appear as *amicus curiae* and file a 20-page brief in support of Microsoft in this case.

Dated:  June 11, 2014

Charles W. Douglas*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000
cdouglas@sidley.com
* *Of Counsel*
*Attorneys for AT&T Corp.*

Respectfully submitted,
*/s/* Alan Charles Raul
Alan Charles Raul
Kwaku A. Akowuah
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
araul@sidley.com
*Attorneys for AT&T Corp.*