UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF A WARRANT TO
SEARCH A CERTAIN E-MAIL ACCOUNT
CONTROLLED AND MAINTAINED BY
MICROSOFT CORPORATION

13 Mag. 2814

### DECLARATION OF ALAN CHARLES RAUL
### IN SUPPORT OF MOTION FOR LEAVE TO APPEAR AS *AMICUS CURIAE* AND FILE A 20-PAGE BRIEF IN SUPPORT OF MICROSOFT CORPORATION

I, Alan Charles Raul, do hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court, and a partner in the law firm of Sidley Austin LLP, counsel for *amicus* AT&T Corp. ("AT&T") in this matter.

2. In accordance with the Court's order of June 11, 2014, I submit this declaration in support of AT&T's motion for leave to appear as and file a brief *amicus curiae* in support of Microsoft that is 20 pages long.

3. On May 29, 2014, May 31, 2014, and June 2, 2014, I attempted by email to contact counsel for the government concerning this motion.

4. Counsel for the government did not respond to such communications.

5. On June 10, 2014, the government filed a letter with the Court consenting to *amicus* submissions but requesting that any such briefs be limited to 15 pages.

6. The government did not consult with counsel for AT&T before suggesting that limitation to the Court.

7. Consistent with the guidance provided in Rule 2.C of the Court's Individual Practice Rules, we had prepared a 20-page brief for filing on behalf of AT&T that was substantially complete when we received the government's June 10 letter.

8. Attached hereto as Exhibit A is a true and correct copy of AT&T's proposed 20-page *amicus* brief.

Executed in Washington, D.C., on June 11, 2014. I declare that the foregoing is true and correct, in accordance with 28 U.S.C. §1746.

Dated: June 11, 2014

Respectfully submitted,

/s/ Alan Raul
Alan Charles Raul
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
araul@sidley.com
*Attorneys for AT&T Corp.*