UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF A WARRANT TO SEARCH A CERTAIN E-MAIL ACCOUNT CONTROLLED AND MAINTAINED BY MICROSOFT CORPORATION | 13 Mag. 2814 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Rule 7.1.1 of the Local Rules of the United States District Court for the Southern District of New York, *Amicus* AT&T Corp., by its attorneys, Sidley Austin LLP, hereby provides the following disclosure:

AT&T Corp. is a wholly owned subsidiary of AT&T Inc., a publicly traded company. No entity owns more than 10% of AT&T Inc. stock.

Dated:  June 11, 2014

Respectfully submitted,

*/s/* Alan Charles Raul

| | |
|---|---|
| Charles W. Douglas* | Alan Charles Raul |
| SIDLEY AUSTIN LLP | Kwaku A. Akowuah |
| One South Dearborn | SIDLEY AUSTIN LLP |
| Chicago, Illinois 60603 | 1501 K Street, NW |
| (312) 853-7000 | Washington, DC 20005 |
| cdouglas@sidley.com | (202) 736-8000 |
| * *Of Counsel* | araul@sidley.com |
| *Attorneys for AT&T Corp.* | *Attorneys for AT&T Corp.* |