UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of a Warrant to Search a Certain Email Account Controlled and Maintained by Microsoft Corporation | Case No. 13-MAG-2814<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK        )
                                                  )  ss.:
COUNTY OF NEW YORK   )

**AILEEN FARREN**, being duly sworn, deposes and says:

    1.    I am over the age of eighteen (18) years and am not a party to this action.

    2.    I am employed at the offices of Steptoe & Johnson, 1114 Avenue of the Americas, New York, New York 10036 as a paralegal.

    3.    On June 12, 2014, I caused to be served *via* USPS First Class Mail, true and correct copies of the following documents listed below:

        a.    Corporate Disclosure Statement; and

        b.    Motion to Admit Michael Vatis *Pro Hac Vice*.

    4.    Parties receiving service:

Lorin L. Reisner
Justin Anderson
Serrin Andrew Turner
UNITED STATES ATTORNEYS OFFICE SDNY
One Saint Andrews Plaza
New York, NY 10007

Nancy Kestenbaum, Esq.
Claire Catalano
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

James M. Garland, Esq. *(admitted pro hac vice)*
Alexander A. Berengaut, Esq. *(admitted pro hac vice)*
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004

Guy Petrillo
Nelson A. Boxer
PETRILLO KLEIN & BOXER LLP
655 Third Avenue
22nd Floor
New York, NY 10017

E. Joshua Rosenkranz
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019

Alan Charles Raul
Kwaku A. Akowuah
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005

Charles W. Douglas
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603


*Aileen F. Farren*

AILEEN FARREN

Sworn to before me on the
12th day of June, 2014

_____

DANIEL R. RODRIGUEZ
Notary Public, State of New York
Registration No. 01RO6296611
Qualified in New York County
Commission Expires February 3, 2018