UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF A WARRANT TO SEARCH A CERTAIN E-MAIL ACCOUNT CONTROLLED AND MAINTAINED BY MICROSOFT CORPORATION | Case No. 1:13-mj-02814-UA-1<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF CALIFORNIA      )
                         ) ss.:
COUNTY OF SAN FRANCISCO  )

STEPHANIE SHATTUCK, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years and am not a party to this action.

2. I am employed as a legal secretary at the offices of the Electronic Frontier Foundation, located at 815 Eddy Street, San Francisco, California 94109.

3. On June 12, 2014, I caused to be served in the manner indicated below, true and correct copies of the following documents:

    a. Corporate Disclosure Statement

    b. Motion to Admit Hanni Fakhoury *Pro Hac Vice*; and

    c. [Proposed] Order Granting Motion to Admit Hanni Fakhoury *Pro Hac Vice*.

4. Parties receiving service:

    <u>By U.S. Mail and Email:</u>
    Justin A. Anderson
    Lorin L. Reisner
    Serrin Andrew Turner
    UNITED STATES ATTORNEY OFFICE, SDNY
    One Saint Andrew's Plaza
    New York, NY 10007
    (212)-637-1035
    Email: justin.anderson@usdoj.gov
    Email: reisner.lorin@usdoj.gov
    Email: serrin.turner@usdoj.gov
    *Counsel for Plaintiff USA*

1

By U.S. Mail and Email:
Guy Petrillo
Nelson A. Boxer
PETRILLO KLEIN & BOXER LLP
655 Third Avenue
New York, NY 10017
Tel: 212.370.0330
gpetrillo@pkbllp.com
nboxer@pkbllp.com

Nancy Kestenbaum
Claire Catalano
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: 212-841-1000
Fax: 212-841-1010
nkestenbaum@cov.com
ccatalano@cov.com

E. Joshua Rosenkranz
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Tel: 212.506.5380
jrosenkranz@orrick.com

James M. Garland
Alexander A. Berengaut
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tel: 202.662.6000
Fax: 202.662.6291
jgarland@cov.com
aberengaut@cov.com

*Counsel for Microsoft Corporation*

By Email Only:
Jeffrey A. Novack
Michael Vatis
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036

212-506-3900
Email: jnovack@steptoe.com
Email: mvatis@steptoe.com

*Counsel for Amicus Curiae Verizon Communications*

By Email Only:
Alan Charles Raul
SIDLEY AUSTIN LLP
1501 K Street
Washington, DC 20005
(202) 736-8000
Email: araul@sidley.com

Charles W. Douglas
SIDLEY AUSTIN LLP
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Email: cdouglas@sidley.com

*Counsel for Amicus Curiae AT&T Corp.*

Dated:  June 12, 2014

Stephanie Shattuck

Sworn to before me on the
12th day of June, 2014

MAGDALENA ANNA KAZMIERCZAK
COMM. #2048795
Notary Public - California
San Francisco County
My Comm. Expires Nov. 11, 2017