| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br><br>In the Matter of a Warrant to<br>Search a Certain Email Account<br>Controlled and Maintained by<br>Microsoft Corporation | Case No. 13-MAG-2814 |

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Rule 7.1.1 of the Local Rules of the United States District Court for the Southern District of New York, *Amicus* Apple Inc., by its attorneys ZwillGen PLLC, hereby provides the following disclosure:

Apple Inc. is publicly traded corporation, has no parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Respectfully submitted,

/s/ _____

Marc J. Zwillinger (*Pro Hac Vice Pending*)
Kenneth M. Dreifach (SBN 2527695)
ZWILLGEN PLLC
232 Madison Avenue, Suite 500
New York, NY 10016
(646) 362-5590 (tel)
(202) 706-5298 (fax)

*Counsel for Apple Inc.*

Dated:  June 13, 2014