UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of a Warrant to Search a Certain Email Account Controlled and Maintained by Microsoft Corporation | Case No. 13-MAG-2814 |

The motion of Kenneth Dreifach to admit Marc J. Zwillinger to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the state of Illinois and the District of Columbia; and that his contact information is as follows:

Marc J. Zwillinger
ZwillGen PLLC
1900 M St NW, Suite 250
Washington, DC 20036
202-296-3585
marc@zwillgen.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Apple Inc. and Cisco Systems, Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

United States District Judge