# EXHIBIT 2

[advertisements]

## US Wants to Rule over All Servers Globally

In the USA, a discussion has broken out about how far the arm of the US justice department may reach. At least the government is of the opinion that US agencies may access servers anywhere in the world, provided they have the respective court order.

The dispute started following a court order that [software company Microsoft should provide](#) criminal investigators in the USA with information stored on a server in Ireland. The court was of the opinion that the company had to obey the request, regardless of where it had actually stored the data, according to [Ars Technica](#).

The US government had also previously clarified its position on the legal situation: data stored on the Internet could not be compared to information stored in another country on a non-digital medium. Since Microsoft has access to the data in question from inside the USA, the request for release had to be granted.

Microsoft of course sees this differently and has appealed to the US Supreme Court. The company lawyers make it clear that a US court has no right to a decision enabling federal agents to enter a data center in Dublin to seize things. In separate statements, other IT and telecommunications companies such as Apple, AT&T, Cisco and Verizon backed up the software company in Redmond.

**US economy threatened**
In addition to the fundamental legal questions, Microsoft also brought up the current situation in its field, according to which it would be a great setback for the IT industry if the order was upheld. Due to the revelations by Edward Snowden, the trust of Internet users in US providers has already clearly suffered. Should the US government succeed with its position in the current case, this would constitute moving the US IT industry a further step ahead in losing its leading role in the global market one day.

[text at right]
Date: Thursday, 7/25/2014 10:56am
Further Reading: Rights, Politics & EU
Author: Christian Kahle

Login  Registrieren   Suche

- Startseite
- Ticker
- Downloads
- Videos
- Forum
- Preisvergleich
- Mehr

Wirtschaft  >  Recht, Politik & EU  |  Wirtschaft & Firmen  |  Personen aus der Wirtschaft  |  Handel & E-Commerce

## US-Regierung will Verfügungsmacht über alle Server weltweit


SAP

In den USA ist eine Debatte darüber entbrannt, wie weit der Arm der US-Justiz reichen kann. Die Regierung zumindest vertritt die Ansicht, dass US-Behörden mit einem entsprechenden gerichtlichen Beschluss auch auf Server zugreifen dürfen, die irgendwo auf der Welt stehen.

**Datum:** Dienstag, 15.07.2014 10:56 Uhr
**Mehr:** Recht, Politik & EU
**Autor:** Christian Kahle

523  45  23
Empfehlen  Twittern  g+1

### Start Download
downloadunzip.com
Instant Free Download: Unzip. Start Here!

Die Auseinandersetzung entbrannte an einer Verfügung, dass der Software-Konzern Microsoft Informationen an Strafverfolger aus den USA herausgeben sollte, die auf einem Rechner gespeichert sind, der in Irland steht. Das Gericht vertrat die Ansicht, dass das Unternehmen der Aufforderung unabhängig davon nachkommen muss, wo die konkrete Speicherung erfolgte, berichtet Ars Technica.

Auch die US-Regierung hatte zuvor bereits ihre Sicht auf die Rechtslage klargemacht: Daten, die im Internet gespeichert seien, könnten nicht mit Informationen verglichen werden, die auf einem analogen Medium in einem anderen Land liegen. Da Microsoft von den USA aus Zugang zu den fraglichen Daten habe, müsse es einer Aufforderung nach deren Herausgabe nachkommen.



Microsoft sieht dies natürlich anders und hat beim Obersten Gerichtshof der USA Beschwerde gegen die Verfügung eingereicht. Die Anwälte des Unternehmens machten deutlich, dass ein US-Gericht keine Befugnis auf einen Beschluss hat, der es Bundesbeamten ermöglicht, in ein Datenzentrum in Dublin einzudringen und Dinge zu beschlagnahmen. In eigenen Stellungnahmen stellten sich auch andere IT- und Telekommunikations-Konzerne wie Apple, AT&T, Cisco und Verizon hinter den Redmonder Software-Konzern.

### US-Wirtschaft in Gefahr

Microsoft führte in seiner Beschwerde neben den grundlegenden rechtlichen Fragen aber auch die aktuelle Situation ins Feld, wonach es für die IT-Industrie ein schwerer Schlag wäre, wenn die Verfügung aufrecht erhalten wird. Durch die Enthüllungen Edward Snowdens sei das Vertrauen der Internet-Nutzer in Anbieter aus den USA ohnehin schon deutlich angeschlagen. Sollte die US-Regierung im aktuellen Fall mit ihrer Haltung durchkommen, wäre es ein weiterer Schritt dahin, dass die IT-Wirtschaft aus den USA ihre führende Rolle auf dem Weltmarkt eines Tages verliert.

### Diese Nachricht empfehlen

Empfehlen  523      Twittern  45      g+1  23      90

### Das könnte Sie auch interessieren

---

90 Kommentare
Nachricht als E-Mail versenden
Hinweis einsenden

**Wöchentlicher Newsletter**
Ihre E-Mail Adresse
Beispiel Newsletter

**Neueste Downloads**
Malwarebytes Anti-Malware 2.0.2 - Schadsoftware finden und löschen
CPU-Z 1.70 - Infos über CPU & Mainboard
CDBurnerXP 4.5.4.4954 (64-Bit) - CDs und DVDs brennen

Mehr Downloads

**Jetzt als Amazon Blitzangebot**



**Datacolor Spyder4Pro stark reduziert im Blitzdeal**

**Original Amazon-Preis**  136,99 €
**Blitzangebot-Preis**  109 €
Ersparnis 20% oder 27,99 €



**Im WinFuture Preisvergleich**
Datacolor: Spyder4Pro (multilingual) (PC/MAC)  
€ 119.89 bei Foto Erhardt
€ 119.90 bei Foto Koch
€ 123.95 bei Comtech
€ 124.50 bei Warsteiner-Fotoversand
€ 124.90 bei Foto Köster
56 Angebote im WinFuture.de Preisvergleich

Alle Amazon Blitzangebote

**Video-Empfehlungen**

John McAfee erklärt, wie man McAfee Antivirus wieder entfernt

Galaxy S4 lässt



The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**LanguageWorks**

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

## CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of "US-Regierung will Verfügungsmacht über alle Server weltweit" completed on 07/22/2014, originally written in German.

Kevin Hudson
Director of Production
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 22nd day of July 2014

Notary Public

MARCEL HENRIQUE VOTLUCKA
Notary Public, State of New York
No. 01VO6154182
Certificate Filed in New York County
Qualified in Kings County
Commission Expires October 23, 2014