# EXHIBIT 3

TECHNOLOGY

Homepage > Digital rights

## US Government to Microsoft: "Data stored online are not protected under the Fourth Amendment"

Written by: Francesco Lanza – Tuesday, July 15, 2014

*The Fourth Amendment to the US Constitution prohibits unreasonable searches and seizures, but the US government doesn't want that right applied to data stored online, especially abroad.*

**Microsoft** tried to shield a user whose data are stored in its storage centers in **Dublin**, seeking to have the **international search warrants** issued by a New York judge declared unconstitutional. The US government was completely against this and reacted aggressively to attempts to rein in its wide-ranging powers of investigation.

In an official statement released yesterday, the government stated that data stored in the cloud are not granted the same type of protection afforded to "physical" information, protected under the **Fourth Amendment to the US Constitution**. In fact, according to the Stored Communications Act, such data have always been much more accessible than normal correspondence and private assets held abroad.

**READ ALSO:** ProtonMail, the e-mail service the NSA can't penetrate

These days, hackers and scammers who use electronic communication methods both in the United States and abroad in an attempt to get around the law, make this double standard a necessity.

It seems as though the US government is the only party not concerned about the implications of its sprawling control over the entire planet's data, and even **Verizon** has joined forces with **Microsoft** to contend that these arguments are in direct conflict with foreign laws on data protection. **Apple** and **Cisco** have responded similarly, saying that the US government seems fully determined to damage commercial and diplomatic relationships with both allied and non-aligned countries.

**INSIGHT:** Obama authorizes the use of software vulnerabilities for espionage and investigations

In fact, the White House's legal argument simply adds fuel to the fire of the media disaster known as the **Snowden** affair.

For its part, the Irish government does not seem at all concerned about the long-term damage caused by US legal rulings; on the contrary, it seems more than willing

to provide US investigators with the personal data and access to e-mail that they seek. Actually, that shouldn't be too surprising: the case involves international drug trafficking.

TECNOLOGIA

Homepage > Diritti digitali

# Il Governo USA contro Microsoft: "I dati conservati online non sono protetti dal 4° Emendamento"

Scritto da: Francesco Lanza - martedì 15 luglio 2014

Mi piace  15      Tweet  9        1      Share            0

*Il 4° Emendamento della Costituzione degli Stati Uniti d'America stabilisce il diritto di non essere oggetto di perquisizioni irragionevoli e immotivate, un diritto che al Governo statunitense non fa comodo venga applicato ai dati conservati online, specie all'estero*





**Microsoft** ha cercato di difendere un utente i cui dati sono conservati nei suoi centri di stoccaggio a **Dublino**, cercando di far giudicare incostituzionali i **mandati di perquisizione internazionali** ratificati da un giudice newyorkese. Il Governo USA non ne vuole sapere, e regisce con violenza ai tentativi di arginare il proprio strapotere investigativo.

In una dichiarazione ufficiale rilasciata ieri il Governo ha comunicato che per quello che lo riguarda i dati conservati su cloud non hanno lo stesso genere di protezione accordato ai dati "fisici", coperti dal **4° Emendamento della Costituzione degli Stati Uniti d'America**. Secondo lo Stored Communication Act, infatti, tali dati sono sempre stati molto più accessibili della normale corrispondenza e dei beni privati conservati all'estero.

**LEGGI ANCHE:** ProtonMail, il servizio di posta elettronica impenetrabile dall'NSA

La necessità di tale doppio standard deriva dalla presenza di "hacker" e "truffatori" in questa epoca, che usano i mezzi di comunicazione elettronica sia negli USA che all'estero, nel tentativo di aggirare le maglie della legge.

A quanto pare il Governo USA è l'unico a non essere preoccupato dalle implicazioni derivate dal suo dominio tentacolare sui dati dell'intero pianeta Terra, ed anche **Verizon** ha unito la sua voce a quella di **Microsoft** per ribadire che questi ragionamenti entrano direttamente in conflitto con le leggi straniere sulla protezione dei dati. **Apple** e **Cisco** hanno similmente reagito, dicendo che il Governo USA sembra direttamente intenzionato a danneggiare i rapporti commerciali e diplomatici con gli altri paesi alleati e non allineati.

**APPROFONDIMENTO:** Obama autorizza l'uso di vulnerabilità software per lo spionaggio e le indagini

Il ragionamento legale dell'esecutivo statunitense, infatti, non fa altro che mettere altra benzina sul fuoco del disastro mediatico che è stato l'affare **Snowden**.

Dal canto suo il Governo irlandese non sembra affatto preoccupato dai danni a lungo termine causati dalle decisioni legali statunitensi, anzi, sembra più che ben disposto a fornire agli inquirenti statunitensi i dati personali e l'accesso alla casella mail che stanno cercando. Non meravigliatevi troppo: si tratta di un caso di commercio di stupefacenti internazionale.

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**LanguageWorks**



STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of Il Governo USA contro Microsoft: 'I dati conservati online non sono protetti dal 4° Emendamento'" completed on 07/22/2014, originally written in Italian.

Kevin Hudson
Director of Production
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 22nd day of July 2014

Notary Public

MARCEL HENRIQUE VOTLUCKA
Notary Public, State of New York
No. 01VO6154182
Certificate Filed in New York County
Qualified in Kings County
Commission Expires October 23, 2014