# EXHIBIT 4

[advertisement]

# Inside-channels.ch

Tuesday, 7/15/2014

## US Government: Microsoft Servers Subject to US Laws, Irrespective of Country

**An email account is stirring up the world of the Cloud.**

In the USA, a dispute between the US Department of Justice and Microsoft has been going on for a long time. While, in concrete terms, this is merely about the content of an email account stored in Ireland, the outcome of this precedent case could strongly impact the future of cloud business across the globe. The question is whether US judges may force domestic companies to release data stored abroad, regardless of where such data are stored and what laws might apply in the respective country.

A US federal judge will have to address the issue soon. In a recent submission to this judge, the Obama government has now confirmed its legal position and explained that, for criminal prosecution purposes, US agencies need to have access to client data of US companies, even if such data were stored abroad. According to this position, an order by a US judge seeing sufficient indication that certain data could contain relevant data would have to force data to be released. The laws and agencies in the respective country would play no role in this. A "detour" via a legal assistance process and/or cooperation with authorities in the respective country would thus become unnecessary.

**To search or not to search?**
Throughout, the US government is backing up its request by citing the Stored Communications Act of the Reagan era. Microsoft, on the other hand, argues that this law could not apply abroad. In its view, such a request would correspond to a search warrant, and no US court could order US agents to break open a door at the Microsoft processing center in Dublin, for example, in order to seize data. According to Microsoft, Congress explicitly decided in its favor recently.

The US government, however, considers this argument completely irrelevant since the release of data stored online has nothing in common with a physical search.

In its line of argument, Microsoft is supported by other IT giants such as Apple, AT&T, Cisco and Verizon. A lot of money is at stake for American companies. If the US government prevails, foreign clients' confidence in their cloud-based services, already weakened by the Snowden affair, is likely to decline even further. And employees abroad could end up in a legal dilemma if they had to choose whether to comply with US Justice Department orders or local laws. Foreign branches of US companies have so far adamantly emphasized that they would, of course, always do the latter. (hjm)

**More on this topic**

Microsoft not (yet) providing data to US government
US agencies may continue to access cloud data abroad.
Obama's expert group defends NSA practices


[article comments]

GEFUNDEN WERDEN STATT SUCHEN. ICTJOBS.CH – DIE INTELLIGENTE JOBPLATTFORM FÜR ICT-PROFIS IN DER SCHWEIZ.
DER ONLINE STELLENMARKT FÜR ICT-PROFESSIONALS  ictjobs.ch



inside-channels.ch

**Dienstag, 15.07.2014**

## US-Regierung: Microsoft-Server unterstehen US-Gesetzen, egal in welchem Land

**Ein E-Mail-Account bewegt die Cloud-Welt.**

In den USA schwelt seit einiger Zeit ein Streit zwischen dem US-Justizdepartement und Microsoft. Konkret geht es zwar nur um den Inhalt eines in Dublin gespeicherten E-Mail-Accounts, der Ausgang dieses Streits könnte als Präzedenzfall aber die Zukunft des Cloud-Geschäfts weltweit stark beeinflussen. Es geht darum, ob US-Richter einheimische Unternehmen zur Herausgabe von im Ausland gespeicherten Daten zwingen können, egal wo diese Daten lagern und welche Gesetze im betreffenden Land gelten.

In Kürze wird sich ein US-Bundesrichter den Kopf darüber zerbrechen müssen. In einer Eingabe an diesen Richter hat die Obama-Regierung nun ihren Standpunkt bekräftigt und vertieft, dass US-Behörden für strafrechtliche Untersuchungen Zugriff auf Daten von Kunden von US-Unternehmen haben müssen, auch wenn diese im Ausland gelagert werden. Eine Anordnung eines US-Richters, der einen hinreichenden Verdacht sehe, dass in bestimmten Daten relevante Informationen enthalten sein könnten, müsse ausreichen, um die Herausgabe zu erzwingen. Die Gesetze und Behörden im betreffenden Land würden dabei keine Rolle spielen. Ein "Umweg" über ein Rechtshilfeverfahren beziehungsweise eine Zusammenarbeit mit den Behörden im enstprechenden Land wäre damit unnötig.

**Durchsuchung oder keine Durchsuchung?**
Die US-Regierung stützt sich dabei auf den aus den Reagan-Jahren stammenden "Stored Communications Act". Microsoft argumentiert dagegen, dass dieses Gesetz nicht für das Ausland gelten könne. Eine solche Anordnung entspreche einem Durchsuchungsbefehl, und kein US-Gericht könne es US-Beamten befehlen, beispielsweise beim Microsoft-RZ in Dublin Türen aufzubrechen um Daten zu beschlagnahmen. Der Kongress habe dies kürzlich ausdrücklich so beschlossen.

Die US-Regierung wiederum empfindet dieses Argument als völlig irrelevant, da die Herausgabe von "online" gespeicherten Daten nichts mit einer physischen Durchsuchung zu tun habe.

Microsoft wird in seiner Argumentation von anderen IT-Riesen wie Apple, AT&T, Cisco und Verizon unterstützt. Für die amerikanischen Unternehmen geht es um viel Geld. Wenn sich die US-Regierung durchsetzt, dürfte das schon durch die Snowden-Affäre geschwächte Vertrauen ausländischer Kunden in ihre Cloud-Services weiter sinken. Zudem könnten Angestellte im Ausland ins juristische Dilemma geraten, wenn sie wählen sollen, ob sie die Anordnungen der US-Justiz oder die lokalen Gesetze befolgen wollen. Ausländische Niederlassungen von US-Unternehmen betonen bisher hartnäckig, dass sie selbstverständlich immer das letztere tun würden. (hjm)

**Mehr zu diesem Thema:**

Microsoft liefert der US-Regierung (noch) keine Daten

US-Behörden dürfen weiterhin auf Cloud-Daten im Ausland zugreifen
Obamas Expertengruppe verteidigt NSA-Praktiken

**Kommentare:**

Peter Zimmermann

15.07.2014 18:34 *Toll, wir könnten sicher eine Menge Geld und Personalressourcen sparen, wenn wir unseren Justizapparat gleich an die USA outsourcen. Brave new world!*

Peter Tobler

16.07.2014 12:33 *Diese Sache ist zweischneidig:*
*Einerseits glaubt die US-Justiz tatsächlich siehe könne alles was zu ihrem Vorteil ist weltweit durchsetzen, egal was andere davon halten.*

*Andererseits können sich US-Unternehmen unter Umständen zu leicht hinter ausländischer Gesetzgebung verstecken - um vermutlich nicht immer nur legale Aktivitäten vor dem Zugriff von US-Gerichten zu schützen.*

*Gegen die zweite Variante gäbe es allerdings eine äusserst simple Vorgehensweise: Riesige Firmen wie Microsoft und Co müssten schlicht ihren rechtlichen Firmensitz in ein vorteilhafteres Land zügeln als die USA. Das dürfte die US-Regierung und -Justiz wohl äusserst schnell zum Einlenken zwingen. Schliesslich würde damit nicht nur die rechtliche Unterstellung sondern die viel relevantere Steuerliche auf den Tisch kommen.*

Andreas Moser

21.07.2014 16:16 *Meines Erachtens tun amerikanische Firmen gut daran zu prüfen, ob sie in Europa nicht mit lokalen Partnern zusammenarbeiten möchten oder ob sie nicht in Europa Firmen gründen möchten, die ausschliesslich unserem Rechtsempfinden entsprechen. Ich finde es als äusserst stossend, wenn Regierungen die Souveränität von Drittstaaten im Bereich Recht nicht anerkennen wollen. Die Vereinigten Staaten von Amerika gehören leider dazu.*



The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**LanguageWorks**

STATE OF NEW YORK  )
                   )  ss:
COUNTY OF NEW YORK )

### CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of "US-Regierung: Microsoft-Server unterstehen US-Gesetzen, egal in welchem Land" completed on 07/22/2014, originally written in German.

Kevin Hudson
Director of Production
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 22nd day of July 2014

Notary Public

MARCEL HENRIQUE VOTLUCKA
Notary Public, State of New York
No. 01VO6154182
Certificate Filed in New York County
Qualified In Kings County
Commission Expires October 23, 2014