# EXHIBIT 5

# *Neue Zürcher Zeitung*

Tuesday, July 15, 2014, 2:22pm
**Precedent**
## US Government Accessing Data on Foreign Servers
Henning Steier     Tuesday, July 15, 2014, 2:22pm

[image caption: Who may access processing center data globally? (image: Imago/Symbolfoto)]

IT giants are not the only ones who are currently paying close attention to whether the largest software producer will prevail in its court case versus the US government. The decision will have far-reaching consequences for companies and users alike.

In the USA, Microsoft is taking legal action against having to provide US agencies with data stored in computer processing centers outside the United States. The line of argument by the American government in this court case, which will continue in late July, has now become public. In essence, it refers to the Stored Communications Act (SCA) of 1986 and assumes that online content is not protected under the Fourth Amendment. This Amendment concerns protection against federal searches and seizures.

At the end of April, a New York court argued that American companies must release data stored on servers abroad if there is a relevant request by a US government agency. Based on a search warrant in a drug smuggling case, Microsoft was asked to release client data stored on a server in Ireland. The company argued that the principle, according to which court-ordered search warrants are non-applicable abroad, would also have to be transferred to the online world. Judge James Francis however saw it differently and argued in his decision that the resulting burden would be major and criminal investigations would be gravely obstructed if US agencies first had to send requests for legal assistance to foreign governments.

**Loss of trust as business risk**

Following the Snowden revelations, the largest software producer fears a further reputational loss for US companies and, as a result, an adverse impact on business in the rest of the world. Other large IT companies see it similarly. Verizon assumes that a decision in favor of the government could result in "conflicts with data protection laws in other countries." Apple and Cisco also fear that the technology sector "runs the danger of being sanctioned by foreign governments."

Microsoft opened its processing center in Ireland four years ago. By now, the company is running approximately 100 in 40 countries. In spring, the *Vereinigung der schweizerischen Datenschutzbeauftragten* (Privatim) prevailed against Microsoft

Schweiz by convincing the company to alter its contractual conditions as to permit the use of Office 365 in an academic context. To that end, a contract change specifically applying to the Swiss educational sector was developed, ensuring that usage in compliance with data privacy laws is guaranteed. Concretely, this also means: upon request, data may be stored only in Europe. The present court case in the USA should demonstrate how valuable this is.

*Follow Digital editor Henning Steier in Social Networks:*

*You can order the daily Digital newsletter here.*

# Neue Zürcher Zeitung

Dienstag, 15. Juli 2014, 14:22
**Präzedenzfall**

# US-Regierung greift nach Daten in ausländischen Rechenzentren

Henning Steier   Dienstag, 15. Juli 2014, 14:22



Wer darf global auf Daten in Rechenzentren zugreifen?   *(Bild: Imago/Symbolfoto)*

**Gespannt beobachten nicht nur IT-Riesen, ob der grösste Softwarehersteller im Prozess gegen die US-Regierung Erfolg hat. Das Urteil hat weitreichende Folgen für Unternehmen und Nutzer.**

Microsoft wehrt sich in den USA gerichtlich dagegen, Daten an US-Behörden übergeben zu müssen, die in Rechenzentren ausserhalb der Vereinigten Staaten liegen. Im Prozess, der Ende Juli fortgesetzt wird, ist nun die Argumentationslinie der amerikanischen Regierung bekannt geworden. Im Kern beruft man sich auf den Stored Communications Act (SCA) von 1986 und geht davon aus, dass Online-Inhalte nicht vom Vierten Zusatzartikel geschützt sind. In diesem Artikel geht es um den Schutz vor staatlichen Übergriffen.

Ende April hatte ein New Yorker Gericht geurteilt, dass amerikanische Firmen Daten auf im Ausland befindlichen Servern herausgeben müssen, wenn eine entsprechende Anordnung einer US-Behörde vorliegt. Microsoft sollte gemäss einem Durchsuchungsbefehl in einen Drogenschmuggler-Fall Kundendaten aushändigen, die in einem Rechenzentrum in Irland gespeichert sind. Das Unternehmen argumentierte, der Grundsatz, nach dem gerichtlich angeordnete Hausdurchsuchungen im Ausland nicht durchsetzbar seien, müsse auch auf die virtuelle Welt übertragbar sein. Der Richter James Francis sah dies anders und

begründete sein Urteil damit, dass – müssten die US-Behörden erst Rechtshilfegesuche an die ausländischen Regierungen stellen – die Belastung erheblich wäre und Strafverfolgungen ernsthaft behindert würden.

## Vertrauensverlust als Geschäftsrisiko

Nach den Snowden-Enthüllungen befürchtet der grösste Softwarehersteller einen weiteren Reputationsverlust für US-Unternehmen und somit erschwerte Geschäfte im Rest der Welt. Andere grosse IT-Firmen sehen das ähnlich. Verizon geht davon aus, dass eine Entscheidung zugunsten der Regierung zu «Konflikten mit den Datenschutzgesetzen anderer Länder» führen könnte. Auch Apple und Cisco befürchten, dass der Technologiesektor «Gefahr läuft, von ausländischen Regierungen sanktioniert zu werden».

Microsoft eröffnete sein Rechenzentrum in Irland vor vier Jahren. Mittlerweile betreibt das Unternehmen rund 100 in 40 Ländern. Im Frühjahr hatte sich sich die Vereinigung der schweizerischen Datenschutzbeauftragten (Privatim) gegen Microsoft Schweiz durchgesetzt und das Unternehmen überzeugt, seine vertraglichen Bedingungen so anzupassen, dass im Schulbereich der Einsatz von Office 365 zulässig wird. Dafür wurde eine speziell für den Schweizer Bildungsbereich geltende Vertragsergänzung ausgearbeitet, die sicherstellt, dass eine datenschutzkonforme Nutzung gewährleistet ist. Konkret heisst das unter anderem: Daten lassen sich auf Wunsch nur in Europa speichern. Der Prozess in den USA dürfte zeigen, was das wert ist.

*Digital-Redaktor Henning Steier in Social Networks folgen:*

Follow @henning_steier



Hier können Sie den werktäglichen Digital-Newsletter bestellen.

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**LanguageWorks**



STATE OF NEW YORK   )
                    )  ss:
COUNTY OF NEW YORK  )

## CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of "US-Regierung greift nach Daten in ausländischen Rechenzentren" completed on 07/22/2014, originally written in German.

Kevin Hudson
Director of Production
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 22nd day of July 2014

Notary Public

MARCEL HENRIQUE VOTLUCKA
Notary Public, State of New York
No. 01VO6154182
Certificate Filed in New York County
Qualified in Kings County
Commission Expires October 23, 20 14