# EXHIBIT 6

## Obama also demands access to data stored outside US

 **(http://datanews.knack.be/ict/service/contact/author-1194715612360.htm)
Frederik Tibau (http://datanews.knack.be/ict/service/contact/author-1194715612360.htm)**

July 15, 2014 – 10:00



**The Obama administration is proposing that data stored on the servers of American companies outside the United States must be accessible to judicial authorities.**

Technology companies such as Microsoft and Apple are screaming bloody murder and argue that upholding justice stops at the border.

According to the US government, global access to information is necessary to be better able to track scammers, hackers, and drug dealers. Obama & Co. also argue that any company with operations in the United States must comply with the data requirements of that country, even if the data have been stored on the other side of the world.

Tech giants like Microsoft and Apple do not agree on this and argue that confidence in American technology companies will take yet another blow that way, after the Snowden revelations.

And now one judge has subscribed to Obama's position. During a court case just last April involving a Microsoft customer, he put forward the idea that "an entity that is statutorily obligated to provide access to data must do so regardless of the location of those data."

Microsoft has already brought in a battery of lawyers to file an appeal. A ruling on the case is expected on July 31.

The US government is relying on the **Stored Communications Act (http://cdn.arstechnica.net/wp-content/uploads/2014/07/federalbrief-microsoftcase.pdf)** (SCA) to hit back, a rule that dates from the Reagan era. That rule states, "Overseas records must be disclosed domestically when a valid subpoena, order, or warrant compels their production."

Microsoft will again argue that the US Congress has never given the order to require information from outside the physical borders of the United States. "Furthermore, an American court cannot just require someone to break into the Microsoft's data center in Dublin," Redmond says. "The only thing that the government will achieve that way is American companies losing their leading position in IT."

Industry partners Apple, AT&T, Cisco, and Verizon **argue (http://cdn.arstechnica.net/wp-content/uploads/2014/07/applebriefinremicrosft.pdf)** that a ruling in favor of the administration may cause "dramatic conflicts with foreign laws on data protection."

These companies argue that "there is a very great risk that foreign governments will penalize the tech industry and that it is better to work together with other nations."

[advertisement below]

# Obama eist ook toegang tot data opgeslagen buiten de VS

 **(http://datanews.knack.be/ict/service/contact/author-1194715612360.htm)**
**Frederik Tibau (http://datanews.knack.be/ict/service/contact/author-1194715612360.htm)**
15/07/2014 - 10:0

 **De Obama-administratie oppert dat data die is opgeslagen op servers van Amerikaanse bedrijven buiten de VS, toegankelijk moet zijn voor het gerecht.**

Technologiebedrijven als Microsoft en Apple schreeuwen moord en brand, en argumenteren dat de handhaving van het recht stopt aan de grens.

Volgens de Amerikaanse overheid is een wereldwijde toegang tot informatie nodig om fraudeurs, hackers en drugdealers beter te kunnen opsporen. Obama en co. stellen dan ook dat elk bedrijf met activiteiten in de VS moet voldoen aan de datavereisten van dat land, zelfs als de data aan de andere kant van de wereld is opgeslagen.

Tech giganten als Microsoft en Apple zijn het hier niet mee eens, en opperen dat het vertrouwen in Amerikaanse technologiebedrijven op die manier nog maar eens een knauw krijgt, na de revelaties van Snowden.

Alvast één rechter volgt het standpunt van Obama. Hij wierp in april al op tijdens een rechtszaak waarin een klant van Microsoft betrokken was, dat 'een entiteit die wettelijk verplicht wordt om inzage te geven in data, dat moet doen ongeacht de locatie van die data.'

Microsoft heeft alvast een batterij advocaten ingeschakeld om in beroep te gaan. Op 31 juli wordt een uitspraak ten gronde verwacht in de zaak.

De Amerikaanse overheid beroept zich op de '**Stored Communications Act' (http://cdn.arstechnica.net/wp-content/uploads/2014/07/federalbrief-microsoftcase.pdf)** (SCA) om haar gram te halen, een regel die dateert uit de tijd van Ronald Reagan. "Overseas records must be disclosed domestically when a valid subpoena, order, or warrant compels their production", klinkt het in dat document.

Microsoft oppert dan weer dan het Amerikaanse Congres nog nooit het bevel heeft gegeven om informatie op te eisen buiten de fysieke grenzen van de VS. "Bovendien kàn een Amerikaanse rechtbank zo maar niet eisen om in te breken in het datacenter van Microsoft in Dublin", klinkt het in Redmond. "Het enige wat de overheid hiermee bereikt is dat Amerikaanse bedrijven hun leidinggevende positie kunnen verliezen in ict."

Ook sectorgenoten als Apple, AT&T, Cisco en Verizon **opperen (http://cdn.arstechnica.net/wp-content/uploads/2014/07/applebriefinremicrosft.pdf)** dat een uitspraak ten gunste van de administratie "dramatische conflicten met buitenlandse wetgevingen inzake gegevensbescherming"kan veroorzaken.

Deze bedrijven stellen dat "het risico erg groot is dat buitenlandse regeringen de tech-sector zullen bestraffen, en dat het beter is om samen te werken me andere naties."

---

## ONZE PARTNERS

| ALTEREGO DESIGN | GYMGLISH | PARSHIP | CIAO | GENERALI |
|---|---|---|---|---|
| Design en deco | Engelse lessen | Dating met Parship | Goedkoper kopen met Ciao | Omnium autoverzekering |
|  |  |  |  |  |
| Koop uw meubelen online of in onze showrooms (Luik & Brussel). | 7 dagen gratis cursus engels. | Vind de partner die echt bij je past. | Vind, vergelijk en koop tegen de beste prijs. | Volledige bescherming vanaf 45€/maand! |

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**LanguageWorks**



STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

## CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of "Obama eist ook toegang tot data opgeslagen buiten de VS" completed on 07/22/2014, originally written in Dutch.

Kevin Hudson
Director of Production
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 22nd day of July 2014

Notary Public

MARCEL HENRIQUE VOTLUCKA
Notary Public, State of New York
No. 01VO6154182
Certificate Filed in New York County
Qualified in Kings County
Commission Expires October 23, 20_14_