# EXHIBIT 7

## Obama Also Requires Access to Data Stored Outside of the USA

 (http://datanews.levif.be/ict/service/contact/author-1194716134355.htm)
Frederik Tibau (http://datanews.levif.be/ict/service/contact/author-1194716134355.htm)

15/07/2014 - 14:0



**The Obama administration maintains that the data stored on American company servers outside of the United States should be accessible to the American justice system.**

Technology companies such as Microsoft and Apple are loudly protesting by arguing that the law stops at the border.

According to the American authorities, worldwide access to information is necessary to better identify smugglers, pirates and other drug dealers. Obama & Co. also maintain that any enterprise doing business in the United States must conform to this country's requirements with regard to data, even if the data are stored on the other side of the planet.

Technology giants such as Microsoft and Apple do not share that opinion; they maintain that confidence in American technology companies will take a direct hit after the Snowden leaks.

A judge has already taken Obama's point of view. During proceedings involving a customer of Microsoft, he already affirmed in April that "an entity that is legally bound to provide access to data must do so regardless of the location of those data."

Microsoft has already resorted to a battery of lawyers to mount an appeal. A final ruling is expected on July 31.

The American authorities are using the Stored Communications Act (SCA) as justification. This is a rule that goes back to the time of Ronald Reagan: "Overseas records must be disclosed domestically when a valid subpoena, order or warrant compels their production," according to this document.

Microsoft, for its part, has asserted that the US Congress has never authorized demands for information from outside the physical boundaries of the United States. "Moreover, an American court cannot thus require access to the Microsoft data center in Dublin," is the response from Redmond. "The only thing that the authorities will gain by acting like this is American enterprises losing their leadership position in the ICT."

Other companies in the sector, such as Apple, AT&T, Cisco and Verizon, maintain that a judgment in favor of the administration would lead to "dramatic conflicts with foreign laws on the subject of data protection."

These businesses say that "there is a very great risk that foreign governments will penalize the technology sector; collaborating with the other nations is therefore the most appropriate thing to do."

[Advertisements unrelated to the text]

# Obama réclame aussi l'accès aux données stockées en dehors des USA

 **(http://datanews.levif.be/ict/service/contact/author-1194716134355.htm)**
**Frederik Tibau (http://datanews.levif.be/ict/service/contact/author-1194716134355.htm)**

15/07/2014 - 14:0



**L'administration Obama affirme que les données qui sont stockées sur des serveurs de sociétés américaines en dehors des Etats-Unis doivent être accessibles pour la justice américaine.**

Des entreprises technologiques comme Microsoft et Apple protestent à grands cris, en arguant que le maintien du droit s'arrête à la frontière.

Selon les autorités américaines, un accès mondial aux informations est nécessaire pour mieux repérer les fraudeurs, pirates et autres dealers de drogue. Obama et Cie affirment aussi que toute entreprise avec des activités aux Etats-Unis doit répondre aux exigences de ce pays en matière de données, même si les données sont stockées à l'autre bout de la planète.

Des géants des technologies comme Microsoft et Apple ne partagent pas cet avis, affirmant que la confiance dans les entreprises technologiques américaines va en prendre un solide coup, après les révélations de Snowden.

Un juge suit d'ores et déjà le point de vue d'Obama. Lors d'un procès impliquant un client de Microsoft, il a déjà affirmé en avril qu''une entité qui est légalement tenue de donner l'accès à des données doit le faire indépendamment de l'emplacement de ces données.'

Microsoft a déjà recouru à une batterie d'avocats pour aller en appel. Un jugement définitif est attendu dans cette affaire pour le 31 juillet.

Les autorités américaines se basent sur le « Stored Communications Act » (SCA) pour se justifier, une règle qui remonte au temps de Ronald Reagan. "Overseas records must be disclosed domestically when a valid subpoena, order, or warrant compels their production", peut-on lire dans ce document.

Microsoft fait valoir de son côté que le Congrès américain n'a jamais ordonné de réclamer des informations en dehors des frontières physiques des Etats-Unis. "En outre, un tribunal américain ne peut pas exiger ainsi d'avoir accès au centre de données de Microsoft à Dublin", dit-on à Redmond. "La seule chose que les autorités vont gagner en agissant de la sorte, c'est que les entreprises américaines vont perdre leur position de leader dans les TIC."

D'autres sociétés du secteur comme Apple, AT&T, Cisco et Verizon affirment qu'un jugement en faveur de l'administration peut entraîner "des conflits dramatiques avec les législations étrangères en matière de protection des données".

Ces entreprises indiquent que "le risque est très grand que des gouvernements étrangers pénalisent le secteur des technologies, et qu'il est plus opportun de collaborer avec les autres nations."

**NOS PARTENAIRES**

| **ALTEREGO DESIGN** | **GYMGLISH** | **PARSHIP** | **LEGUIDE.COM** | **GENERALI** |
| Design & déco | Cours d'anglais | Rencontre avec Parship | Acheter moins cher | Assurance auto omnium |
| Achetez vos meubles en ligne ou en showrooms (Liège & Bruxelles). | Profitez d'un mois de cours d'anglais gratuit. | Rencontres sérieuses pour célibataires exigeants. | Trouvez, comparez et achetez au meilleur prix. | Protection complète à partir de 45€/mois! |



The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**LanguageWorks**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

### CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of "Obama réclame aussi l'accès aux données stockées en dehors des USA" completed on 07/22/2014, originally written in French.

Kevin Hudson
Director of Production
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 22nd day of July 2014

Notary Public

MARCEL HENRIQUE VOTLUCKA
Notary Public, State of New York
No. 01VO6154182
Certificate Filed in New York County
Qualified in Kings County
Commission Expires October 23, 20 14