# EXHIBIT 8

derStandard.at > Web > Netzpolitik

## US Government Requests Access to Data Held Abroad

**July 15, 2014, 4:00pm**

### Microsoft and other US technology firms asked to release data stored on servers abroad

Microsoft is engaged in a legal dispute with the US Department of Justice. The company has been asked to release data not stored in the USA but on servers in Ireland. Microsoft, as well as other companies, are resisting the request and argue that the enforcement of US American laws would have to be limited to inside its borders.

### US government refers to 1986 law

The government, however, refers to the Stored Communications Act of 1986 and argues that the Fourth Amendment on the protection against federal searches and seizures does not cover online content. Microsoft had no right to refer to the principles of extraterritoriality, according to the US government.

### Loss of client trust

Microsoft fears that the trial could have far-reaching global consequences. Client confidence has already been low as a result of the exposure of the NSA's surveillance activities, says the company. According to Microsoft, the position of the government in this case would further erode trust, and ultimately also in the leadership of US technology companies in the global market.

### Conflict with data privacy laws

Companies such as Apple, AT&T, Cisco and Verizon support Microsoft and foresee "grave conflicts with foreign data protection laws." Constitutional scholars in the USA think that the decision could result in a number of global legal disputes and that this is an important case (wen, derStandard.at, 7/15/2014).

### Links

Heise

ArsTechnica

Microsoft

[image caption at left]: The US government wants access to all data of Microsoft, Apple & Co – irrespective of the country where they are stored.

derStandard.at › Web › Netzpolitik



vergrößern (800x532)
foto: epa
Die US-Regierung will Zugriff auf allen Daten von Microsoft, Apple & Co. - egal in welchem Land sie gespeichert sind.



## US-Regierung fordert Zugriff auf Daten im Ausland

15. Juli 2014, 16:00

**Microsoft und andere US-Technologiekonzerne sollen Daten herausgeben, die auf Servern im Ausland gespeichert sind**

Microsoft befindet sich in einem Rechtsstreit mit dem US-Justizministerium. Von dem Konzern wird verlangt, Daten herauszugeben, die nicht in den USA sondern auf Servern in Irland gespeichert sind. Microsoft und auch andere Technologieunternehmen wehren sich dagegen und argumentieren, dass die Durchsetzung von US-amerikanischen Gesetzen an der Grenze halt mache.

### US-Regierung beruft sich auf ein Gesetz aus 1986

Die Regierung hingegen beruft sich auf den Stored Communications Act aus dem Jahr 1986 und meint, dass Online-Inhalte nicht vom Vierten Zusatzartikel der Verfassung, der den Schutz vor staatlichen Übergriffen behandelt, geschützt seien. Microsoft liege mit seinem Vertrauen auf Prinzipien der Exterritorialität weit daneben, so die US-Regierung.

### Vertrauensverlust der Kunden

Microsoft befürchtet, dass das Verfahren weitreichende globale Folgen haben könnte. Durch die Enthüllungen der Überwachungsmaßnahmen der NSA sei das Vertrauen der Kunden bereits niedrig, so das Unternehmen. Die Haltung der Regierung in diesem Fall würde das Vertrauen weiter aushöhlen und letztlich auch die Führung der US-amerikanischen Technologieunternehmen am globalen Markt gefährden.

### Konflikt mit Datenschutzgesetzen

Unternehmen wie Apple, AT&T, Cisco und Verizon unterstützen Microsoft und sehen "schwere Konflikte mit ausländischen Datenschutzgesetzen". Verfassungsexperten in den USA meinen, dass eine Entscheidung zu einigen weltweiten Rechtsstreitigkeiten führen könne und es sich um ein wichtiges Verfahren handle. (wen, derStandard.at, 15.07.2014)

**Links**

Heise

ArsTechnica

Microsoft

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**LanguageWorks**



STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK  )

### CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of "US-Regierung fordert Zugriff auf Daten im Ausland" completed on 07/22/2014, originally written in German.

Kevin Hudson
Director of Production
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 22nd day of July 2014

Notary Public

MARCEL HENRIQUE VOTLUCKA
Notary Public, State of New York
No. 01VO6154182
Certificate Filed in New York County
Qualified in Kings County
Commission Expires October 23, 2014