# EXHIBIT 9

[advertisement]

# Neue Osnabrücker Zeitung

[unrelated webpage buttons]

### US Government: Access to Foreign Servers is Lawful

07/15/2014     1:16pm

(image caption: Microsoft fights against US agency access to data stored on foreign servers. Photo shows company headquarters in Redmond. Photo: dpa)

Osnabrück. The US-government is of the opinion that, following approval by the court, its agencies may also access data stored on servers in other countries. Washington has made this clear in a legal dispute with Microsoft. The US government has referred to a law from 1986, as reported by various Internet sources.

In the actual case, the matters concerned an order by an undisclosed US agency directing Microsoft to forward data stored on servers in Ireland to prosecutors in the USA. The case allegedly concerned all received and sent emails, access protocols and all credit card numbers and bank accounts of a certain account, which the agency eyed in the context of drug smuggling investigations.

Microsoft, however, rejected the US agency's request by pointing out that the client data was stored on a company server in Dublin, Ireland, and that US search warrants could not be extended abroad. "A US investigator also cannot simply search a house in a different country. […] We think that this rule should also apply to the online world", the company argued.

The US government has now argued before the court tasked with making a decision during the appeals procedures, that online contents are not protected by the Fourth Amendment (Protection against federal searches and seizures). The English-language Internet site Ars Technica reported on the case by titling it "Obama government holds that the world's servers belong to him."

According to Ars Technica, Microsoft is warning against the global consequences of such a decision. The Internet company is worried about its non-American clients. Just a few months ago, Microsoft announced its intention to protect client data against monitoring by storing them outside the USA.

Apple, AT&T, Cisco and Verizon also spoke up. Apple and Cisco criticized that by releasing such data, US companies would in breach of the (data protection) laws of other countries.

[advertisements]

German Expatriates
Feedback
internations.org/german
Join the #1 Community for German Expats today for Free!



Suchbegriff eingeben    Anmelden | Registrieren   (/login)

noz (/)    Zeitung | Lokalteil wählen

Lokales ( /lokales)    Deutschland & Welt ( /deutschland-welt)    Sport ( /sport)    Anzeigen ( /anzeigen)    Abo ( /abo)
Startseite ( /)    Deutschland & Welt ( /deutschland-welt)    Gut zu wissen ( /deutschland-welt/gut-zu-wissen)

Microsoft wehrt sich

# US-Regierung: Zugriff auf Server im Ausland ist rechtens

Vom 15.07.2014, 13:16 Uhr



Nerviger Bauchspeck schmilzt wie Eis in der Sonne
12kg reines Fett in 2 Wochen verlieren durch diesen einfachen Trick. Trick erfahren? - Mehr...

✉ weiterleiten (/weiterleiten/490495)    🖨 drucken



Microsoft wehrt sich gegen Zugriffe der US-Behörden auf Daten, die auf Servern im Ausland gespeichert sind. Im Bild die Firmenzentrale in Redmond. Foto:dpa

Osnabrück. Die US-Regierung vertritt den Standpunkt, dass ihre Behörden mit einem entsprechenden gerichtlichen Beschluss auch auf Daten, die auf Servern in anderen Ländern gespeichert sind, zugreifen dürfen. Das machte Washington in einem Rechtsstreit mit Microsoft klar. Die US-Regierung habe sich dabei auf ein Gesetz aus dem Jahr 1986 berufen, berichten verschiedene Internetportale.

Im konkreten Fall ging es um die Verfügung einer nicht näher genannten US-Behörde, mit der Microsoft angewiesen worden war, Daten, die auf einem Rechner in Irland gespeichert sind, an Strafverfolger aus den USA weiterzugeben. Dabei soll es sich um alle empfangenen und versendeten E-Mails, Zugriffsprotokolle und sämtliche Kreditkartennummern und Bankkonten eines bestimmten Kontos, das im Zusammenhang mit Ermittlungen zu Droggenschmuggel in Visier der Behörde geraten war, gehandelt haben.

Anzeige

**0,75 % - Nichts für Zocker!**
Sicherer Vermögensaufbau mit bis zu 0,75 % Zinsen p.a. Der ExtraZins-Sparbrief von mbs direkt.
www.mbsdirekt.de

**Warum verzichten Sie auf 15.000 Euro?**
Privat vorsorgen und bis zu 15.000 Euro vom Staat kassieren. Riesterrente. JETZT ABSCHLIESSEN!
www.hannoversche.de

**Die eigenen 4 Wände**
Jetzt günstig verwirklichen. Mit einer Baufinanzierung der ING-DiBa.
Bitte mehr Informationen ...

**1,05 % TAGESGELD-Zinsen und kein Postident!**
Das schnelle und einfache Tagesgeld der Amsterdam Trade Bank.
Das klingt gut. Bitte mehr Infos ...

**HUK-COBURG - Günstige Baufinanzierung nach Maß**
Niedrige Zinsen, Einbindung von KfW-Programmen und Wohn-Riester Darlehen, Sondertilgungen.
Das interessiert mich. Mehr

Microsoft hatte das Ansinnen der US-Behörde aber mit dem Hinweis zurückgewiesen, dass die Daten des Kunden auf einem Server des Unternehmens in Dublin in Irland gespeichert seien. US-Durchsuchungsbefehle könnten nicht auf Übersee ausgeweitet werden. „Ein US-Ermittler kann auch nicht einfach ein Haus in einem anderen Land durchsuchen. […] Wir denken, dass diese Regel auch in der Online-Welt Anwendung finden sollte", hatte das Unternehmen argumentiert.

Vor dem Gericht, das über den Fall jetzt im Revisionsverfahren entscheiden soll, hat die US-Regierung nun argumentiert, Online-Inhalte seien ihrer Meinung nach nicht vom Vierten Zusatzartikel (Schutz vor staatlichen Übergriffen) geschützt. Die englischsprachige Internetseite Ars Technica berichtet über den Fall unter dem Titel „Obama-Regierung sagt, dass die Server der Welt ihr gehören".

Nach Angaben von Ars Technica warnt Microsoft vor den weltweiten Folgen einer solchen Entscheidung. Der Internetkonzern fürchte um seine nicht-amerikanischen Kunden. Microsoft hatte erst vor wenigen Monaten angekündigt, Kundendaten durch die Speicherung außerhalb der USA vor der Überwachung schützen zu wollen.

Auch Apple, AT&T, Cisco und Verizon äußerten sich. US-Unternehmen würden durch die Herausgabe solcher Daten gegen die (Datenschutz-)Gesetze anderer Staaten verstoßen, kritisierten Apple und Cisco

## Ein Artikel von

 (/nutzer/107)

Waltraud Messmann » (/nutzer/107)
E-Mail schreiben » (mailto:w.messmann@noz.de)

Waltraud Messmann ist stellvertretende Themenbereichsleiterin Kultur und Service, Jahrgang 1953. Die gebürtige Papenburgerin hat an der Westfälischen-Wilhelms-Universität in Münster das Lehramtsstudium in den Fächern Deutsch und Englisch mit dem Ersten Staatsexamen abgeschlossen.

### − Oft gelesen in den letzten Tagen

1. Wendler-Klatsche holt „Schlag den Star" aus Quotenloch » (/deutschland-welt/medien/artikel/491766/wendler-klatsche-holt-schlag-den-star-aus-quotenloch)

2. Stefan Raab lacht über den Wendler » (/deutschland-welt/medien/artikel/491722/stefan-raab-lacht-uber-den-wendler)

3. Zehn Tote bei Busunglück auf der Autobahn » (/deutschland-welt/politik/artikel/491701/zehn-tote-bei-busungluck-auf-der-autobahn)

### + Meist kommentiert

### + Neueste Kommentare

## Rubriken & Märkte



The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**LanguageWorks**



STATE OF NEW YORK       )
                        ) ss:
COUNTY OF NEW YORK      )

## CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of "US-Regierung: Zugriff auf Server im Ausland ist rechtens" completed on 07/22/2014, originally written in German.

_Kevin Hudson_
Kevin Hudson
Director of Production
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 22nd day of July 2014

_Notary signature_
Notary Public

MARCEL HENRIQUE VOTLUCKA
Notary Public, State of New York
No. 01VO6154182
Certificate Filed in New York County
Qualified in Kings County
Commission Expires October 23, 2014