# EXHIBIT 10

[unrelated buttons for webpage]

H Online > News > 2014 > KW 29 > US Government Requests Access to Data in EU Processing Centers

07/15/2014   10:49am

**US Government Requests Access to Data in EU Processing Centers**

**Microsoft battles in court against having to release data in the USA that is not even stored inside the country. The US government has submitted its opinion, making reference to a law from before the Internet era.**

The US government is referring to a decades-old law for justifying access to data stored by US services abroad. This bases on **a reply** [http://cdn.arstechnica.net/wp-content/uploads/2014/07/federalbrief-microsoftcase.pdf] to a line of argument by Microsoft that the US company used against the release of emails stored in Ireland, as reported by ***Ars Technica*** [http://arstechnica.com/tech-policy/2014/07/obama-administration-says- the-worlds-servers-are-ours/]. Before the court charged with making a decision on the case, the US government referred to the Stored Communications Act from 1986 and argued that, in its opinion, online contents were not protected by the Fourth Amendment (protection against federal searches and seizures).

This process, with allegedly far-reaching consequences, concerns data stored at a processing center in Ireland. The US government made a request in court for their release in the context of investigations involving drug smugglers. **Microsoft is resisting.**

[photo caption] Can Microsoft protect European data from (legal) access by the US?

[advertisement]

News Newsticker 7-Tage-News Archiv Foren Kontakt

Topthemen: Netzneutralität NSA TrueCrypt Windows 8.1 Android iPad iPhone Bitcoin

heise online > News > 2014 > KW 29 > US-Regierung fordert Zugriff auf Daten in EU-Rechenzentren

15.07.2014 10:49

# US-Regierung fordert Zugriff auf Daten in EU-Rechenzentren

**Microsoft kämpft vor Gericht dagegen, dass in den USA Daten herausgegeben werden müssen, die gar nicht in dem Land gespeichert sind. Nun hat die US-Regierung ihre Meinung vorgelegt und beruft sich auf ein Gesetz aus der Prä-Internet-Zeit.**

Die US-Regierung beruft sich auf ein Jahrzehnte altes Gesetz, um den Zugriff auf Daten zu rechtfertigen, die US-Dienste im Ausland gespeichert haben. Das geht aus **einer Antwort** [http://cdn.arstechnica.net/wp-content/uploads/2014/07/federalbrief-microsoftcase.pdf] auf eine Argumentation von Microsoft hervor, mit dem sich der US-Konzern gegen die Herausgabe von in Irland gespeicherten E-Mails wehrt, **berichtet nun *Ars Technica*** [http://arstechnica.com/tech-policy/2014/07/obama-administration-says-the-worlds-servers-are-ours/] . Vor dem Gericht, das über den Fall entscheiden soll, hat die US-Regierung nun unter Berufung auf den Stored Communications Act von 1986 argumentiert, Online-Inhalte seien ihrer Meinung nach nicht vom Vierten Zusatzartikel (Schutz vor staatlichen Übergriffen) geschützt.

In dem Verfahren mit mutmaßlich weitreichenden Konsequenzen geht es um Daten, die in einem Rechenzentrum in Irland gespeichert sind. Im Zusammenhang mit Ermittlungen gegen Drogenschmuggler hat die US-Regierung vor Gericht deren Herausgabe verlangt. **Microsoft wehrt sich dagegen** [http://www.heise.de/newsticker/meldung/Microsoft-will-Zugriff-der-US-Regierung-auf-EU-Rechenzentrum-verhindern-2219295.html] , fürchtet das Unternehmen doch um seine nicht-amerikanischen Kunden. Außerdem würden US-Unternehmen durch die Herausgabe solcher Daten gegen die (Datenschutz-)Gesetze anderer Staaten verstoßen, **kritisierten Apple und Cisco** [http://www.heise.de/newsticker/meldung/Apple-und-Cisco-unterstuetzen-Microsoft-gegen-US-Zugriff-auf-EU-Rechenzentren-2224278.html] , die Microsoft unterstützen. (**mho** [mailto:mho@heise.de] )

Microsoft

Kann Microsoft europäische Daten vor dem (legalen) US-Zugriff schützen? [http://www.heise.de/newsticker/meldung/US-Regierung-fordert-Zugriff-auf-Daten-in-EU-Rechenzentren-2260639.html?view=zoom;zoom=1]
Bild: dpa, Britta Pedersen

**Kommentare lesen (168 Beiträge)** [http://www.heise.de/newsticker/foren/S-US-Regierung-fordert-Zugriff-auf-Daten-in-EU-Rechenzentren/forum-282692/list/]

Permalink: **http://heise.de/-2260639** [http://heise.de/-2260639]

Teilen

Tweet

+1

Artikel zum Thema

**Apple und Cisco unterstützen Microsoft gegen US-Zugriff auf EU-Rechenzentren**
**Microsoft will den Zugriff von US-Behörden auf E-Mails verhindern, die auf Servern in Irland liegen. Apple und Cisco haben sich...**

**Microsoft will Zugriff der US-Regierung auf EU-Rechenzentrum verhindern**
**Die US-Regierung verlangt von Microsoft die Herausgabe von Nutzerdaten, die in einem Rechenzentrum in Irland liegen.**

**Deutsche bemängeln Datenschutz in sozialen Netzwerken**

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**LanguageWorks**

STATE OF NEW YORK )
) ss:
COUNTY OF NEW YORK )

**CERTIFICATION**

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of "US-Regierung fordert Zugriff auf Daten in EURechenzentren" completed on 07/22/2014, originally written in German.

Kevin Hudson
Director of Production
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 22nd day of July 2014

Notary Public
MARCEL HENRIQUE VOTLUCKA
Notary Public, State of New York
No. 01VO6154182
Certificate Filed in New York County
Qualified In Kings County
Commission Expires October 23, 2014