# EXHIBIT 11

Data Protection

# USA Also Wants Data from Foreign Servers

[image caption: Data are no longer secure anywhere – photo: Benjamin Haas, fotolia]

The US government is of the opinion that any company doing business in the USA must release data upon request, even if those are stored outside the USA.

USA, MICROSOFT, REPORT, DATA PROTECTION

This opinion is currently being put on trial. As reported by Ars Technica, the current case concerns Microsoft having to release emails stored on servers in Dublin, Ireland, to US agencies. In contrast, US companies such as Microsoft and Apple believe that US laws may only apply inside domestic borders. In the first instance back in April, a judge agreed with the government's arguments requesting the release of Microsoft data. The company has appealed and a federal judge will hear the case on July 31st.

In the context of submitting the case, the US government has declared that electronically stored information does not enjoy the same protection as physical documents in the real world. Microsoft, however, is asking the judge to take into account that the trust in US technology firms is already at an all-time low. That, in turn, would jeopardize the dominance of American technology. The US Justice Department claims, however, that global criminal prosecution is necessary since no borders exist online. The disputed emails should help to take out a drug smuggling operation.

(FUTUREZONE) ERSTELLT AM 15.07.2014, 13:24


[Text at left]
Data protection
USA Also Wants Data from Foreign Servers

COMMENTS (0)
MORE ON THIS TOPIC

Newsletter    Anmelden

**DATENSCHUTZ**

# USA wollen auch Daten von auswärtigen Servern

15.07.14, 13:24    Mail an die Redaktion

Suche

**Netzpolitik**  B2B  Produkte  Digital Life  Science  Meinung  Games  Apps  Community



Daten sind nirgends mehr sicher - Foto: Benjamin Haas, fotolia

Empfehlen 10    Twittern 9    Senden 19

**DATENSCHUTZ**

USA wollen auch Daten von auswärtigen Servern

KOMMENTARE (0)

MEHR ZUM THEMA

Die US-Regierung ist der Ansicht, dass jede Firma, die Geschäfte in den USA macht, Daten auf Anfrage herausgeben muss, auch wenn diese außerhalb der USA gespeichert sind.

**USA, MICROSOFT, GERICHT, DATENSCHUTZ**

Diese Ansicht steht dezeit vor Gericht auf dem Prüfstand. In dem konkreten Fall geht es darum, dass Microsoft E-Mails, die auf einem Server in Dublin, Irland, gespeichert sind, an US-Behörden ausliefern soll, wie arstechnica berichtet. US-Unternehmen wie Microsoft und Apple sind hingegen der Ansicht, dass US-Recht nur bis zur Staatsgrenze gelten kann. In erster Instanz ist ein Richter im April der Argumentation der Regierung gefolgt und die Herausgabe der Daten von Microsoft verlangt. Der Konzern hat Berufung eingelegt, ein Bundesrichter wird den Fall am 31 Juli anhören.

Im Rahmen der Einreichungen für den Fall hat die US-Regierung kundgetan, dass elektronisch gespeicherte Information nicht denselben Schutz genießt, wie in der realen Welt abgelegte Dokumente. Microsoft hingegen bittet den Richter zu berücksichtigen, dass das Vertrauen in US-Technologiefirmen auf einem Tiefstand ist. Das gefährde die Vorherrschaft amerikanischer Technik. Die US-Justiz hingegen sagt, globale Strafverfolgung sei eine Notwendigkeit, da es im Netz keine Grenzen gebe. Die umstrittenen E-Mails sollen helfen, einen Drogenschmugglerring auszuheben.

(FUTUREZONE) ERSTELLT AM 15.07.2014, 13:24



**HI RES**
MP3 ade: Warum Musik wieder gut klingen soll

**SINGULARITY UNIVERSITY**
Wo aus Science Fiction Realität wird



**DOTA 2**
Profi-Gamern winkt höhere Prämie als Fußball-Weltmeistern



The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
Tel. 212 447 6060
Fax 212 447 6257

**LanguageWorks**

STATE OF NEW YORK  )
                   ) ss:
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the accompanying, to the best of my knowledge and belief, is a true and accurate translation into English of "USA wollen auch Daten von auswärtigen Servern" completed on 07/22/2014, originally written in German.

Kevin Hudson
Director of Production
The LanguageWorks, Inc.

Sworn to and subscribed before me
This 22nd day of July 2014

Notary Public

MARCEL HENRIQUE VOTLUCKA
Notary Public, State of New York
No. 01VO6154182
Certificate Filed in New York County
Qualified in Kings County
Commission Expires October 23, 20_14_