UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
IN THE MATTER OF A WARRANT TO       :    M9-150/ 13-MJ-2814
SEARCH A CERTAIN E-MAIL ACCOUNT     :
CONTROLLED AND MAINTAINED BY        :    ORDER
MICROSOFT CORPORATION               :
------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

    The oral argument scheduled for July 31, 2014 at 10:30 a.m. shall be held in Courtroom 26A, United States Courthouse, 500 Pearl Street, New York, New York.


SO ORDERED.

Dated:    New York, New York
          July 30, 2014

                               _____
                               LORETTA A. PRESKA
                               Chief United States District Judge