

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

July 31, 2014

**BY ECF**

The Honorable Loretta A. Preska
Chief United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>**In re Search Warrant**</u>,
             No. 13 Mag. 2814, M9-150

Dear Chief Judge Preska:

    The Government respectfully submits this letter to inform the Court that the Government consents to a stay of the Court's decision in this matter pending appeal.

                                       Respectfully submitted,

                                       PREET BHARARA
                                       United States Attorney

                        By:    /s/ Serrin Turner
                                       SERRIN TURNER
                                       JUSTIN ANDERSON
                                       Assistant United States Attorneys
                                       (212) 637-1946/-1035

cc: Counsel for Microsoft (by ECF)