

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 31, 2014



**BY ECF**

The Honorable Loretta A. Preska
Chief United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **In re Search Warrant**,
              **No. 13 Mag. 2814, M9-150**

Dear Chief Judge Preska:

    The Government respectfully submits this letter to inform the Court that the Government consents to a stay of the Court's decision in this matter pending appeal.

              Respectfully submitted,

              PREET BHARARA
              United States Attorney

By:   */s/ Serrin Turner*
              SERRIN TURNER
              JUSTIN ANDERSON
              Assistant United States Attorneys
              (212) 637-1946/-1035

cc: Counsel for Microsoft (by ECF)

*[Handwritten annotation:]* The stay shall extend only for such period as will permit Microsoft to file its notice of appeal, request for a stay and request for an expedited appeal.

August 1, 2014

So ordered
Loretta A. Preska
USDJ