USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
IN THE MATTER OF A WARRANT TO          :     M9-150/ 13-MJ-2814
SEARCH A CERTAIN E-MAIL ACCOUNT        :
CONTROLLED AND MAINTAINED BY           :     ORDER
MICROSOFT CORPORATION                  :
----------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

This order confirms that immediately following oral

argument on July 31, 2014, for the reasons set forth on the

record, the Court affirmed the decision of Magistrate Judge

James C. Francis IV dated April 25, 2014 [dkt. no. 5].


SO ORDERED.

Dated:     New York, New York
           August **11**, 2014


_____
LORETTA A. PRESKA
Chief United States District Judge