UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In the Matter of a Warrant to Search a Certain
E-Mail Account Controlled and Maintained By
Microsoft Corporation

Case Nos. 13-MAG-2814; M9-150

## CERTIFICATE OF SERVICE

I, Brian P. Goldman, hereby certify that on August 11, 2014, I caused to be served via FedEx Priority Overnight mail a true and correct copy of Microsoft Corporation's NOTICE OF APPEAL upon the United States Attorney for the Southern District of New York at the following address:

Justin Anderson
Serrin Turner
United States Attorney's Office for the Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

*s/ Brian P. Goldman*
Brian P. Goldman (*Admitted Pro Hac Vice*)
ORRICK, HERRINGTON & SUTCLFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: 415-773-5700
Fax: 415-773-5759
brian.goldman@orrick.com

*Counsel for Microsoft Corporation*