USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-8-14

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In the Matter of a Warrant to Search a
Certain E-Mail Account Controlled and
Maintained By Microsoft Corporation

Case Nos. 13-MAG-2814; M9-150

## STIPULATION REGARDING CONTEMPT ORDER

In response to the Court's order of August 29, 2014, lifting the stay in execution of the July 31, 2014 order, the parties to this proceeding, Microsoft Corporation and the United States of America, hereby jointly stipulate:

1. Microsoft has not fully complied with the Warrant, and Microsoft does not intend to so comply while it in good faith seeks further review of this Court's July 31 decision rejecting Microsoft's challenge to the Warrant.

2. While Microsoft continues to believe that a contempt order is not required to perfect an appeal, it agrees that the entry of an order of contempt would eliminate any jurisdictional issues on appeal. Thus, while reserving its rights to appeal any contempt order and the underlying July 31 ruling, Microsoft concurs with the Government that entry of such an order will avoid delays and facilitate a prompt appeal in this case.

3. The parties further agree that contempt sanctions need not be imposed at this time. The Government, however, reserves its right to seek sanctions, in

addition to the contempt order, in the case of (a) materially changed

circumstances in the underlying criminal investigation, or (b) the Second

Circuit's issuance of the mandate in the appeal, if this Court's order is affirmed

and Microsoft continues not to comply with it.

Accordingly, to facilitate appellate review of this Court's July 31 ruling, the parties

jointly request that the Court enter the attached order.

Dated:      September 4, 2014
            New York, New York

                        Respectfully submitted,

                        PREET BHARARA
                        United States Attorney

                        By: _____
                        JUSTIN ANDERSON
                        SERRIN TURNER
                        Assistant United States Attorneys
                        (212) 637-1035 / -1946

                        Counsel for the United States of America

Case 1:13-mj-02814-UA   Document 91   Filed 09/04/14   Page 3 of 5

  /s/ Guy Petrillo
Guy Petrillo
Nelson A. Boxer
PETRILLO KLEIN & BOXER
LLP
655 Third Avenue
New York, NY 10017
Tel: 212.370.0330
gpetrillo@pkbllp.com
nboxer@pkbllp.com


 /s/ E. Joshua Rosenkranz
E. Joshua Rosenkranz
Robert M. Loeb
Brian P. Goldman*
ORRICK, HERRINGTON
& SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Tel: 212.506.5380
jrosenkranz@orrick.com
rloeb@orrick.com
brian.goldman@orrick.com


Bradford L. Smith
David Howard
John Frank
Jonathan Palmer
Nathaniel Jones
MICROSOFT CORPORATION


   /s/ James Garland
Nancy Kestenbaum SDNY Bar # NK9768
Claire Catalano SDNY Bar # CC7432
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: 212-841-1000
Fax: 212-841-1010
nkestenbaum@cov.com
ccatalano@cov.com


James M. Garland*
Alexander A. Berengaut*
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tel: 202.662.6000
Fax: 202.662.6291
jgarland@cov.com
aberengaut@cov.com


*Admitted pro hac vice


*Counsel for Microsoft Corporation*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In the Matter of a Warrant to Search a
Certain E-Mail Account Controlled and
Maintained By Microsoft Corporation

Case Nos. 13-MAG-2814; M9-150

## ORDER

In accord with the parties' joint stipulation, and to permit prompt appellate review of this Court's July 31 ruling, this Court holds Microsoft Corporation in contempt for not complying in full with the Warrant, and imposes no other sanctions at this time. The Government may seek sanctions in the case of (a) materially changed circumstances in the underlying criminal investigation, or (b) the Second Circuit's issuance of the mandate in the appeal, if this Court's order is affirmed and Microsoft continues not to comply with it.

SO ORDERED.

Dated: September 8, 2014

New York, New York

LORETTA A. PRESKA
Chief United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

Justin Anderson affirms, under penalty of perjury, that he is employed in the

Office of the United States Attorney for the Southern District of New York, and

that, on today's date, he caused a copy of this submission to be served by this

Court's electronic filing system on counsel of record in this matter.

Dated:     September 4, 2014
           New York, New York


JUSTIN ANDERSON
Assistant United States Attorney
Tel: (212) 637-1035