UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of a Warrant to Search a Certain E-Mail Account Controlled and Maintained By Microsoft Corporation | Case Nos. 13-MAG-2814; M9-150 |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 09 2014

**AMENDED NOTICE OF APPEAL**

Notice is given that Microsoft Corporation ("Microsoft"), movant in the above-named case, hereby amends its Notice of Appeal to the United States Court of Appeals for the Second Circuit from the Memorandum to the Docket Clerk entered in this action on July 31, 2014, and the corresponding Order entered on August 11, 2014 (Dkt. No. 80), adopting and affirming the Memorandum and Order of the Magistrate Judge, entered on April 25, 2014. Microsoft filed its Notice of Appeal on August 11, 2014 (Dkt. No. 81). On September 8, 2014, the Court issued an order holding Microsoft in contempt. (Dkt. No. 92).

Microsoft hereby amends its Notice of Appeal to include an appeal from the Court's Order of September 8, 2014 (Dkt. No. 92).

Dated: September 8, 2014

Respectfully submitted,

*[signature]*

E. Joshua Rosenkranz
Robert M. Loeb*
Brian P. Goldman*
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Tel: 212.506.5380
jrosenkranz@orrick.com
rloeb@orrick.com
brian.goldman@orrick.com

Bradford L. Smith
David Howard
John Frank
Jonathan Palmer
Nathaniel Jones
MICROSOFT CORPORATION

Guy Petrillo
Nelson A. Boxer
PETRILLO KLEIN & BOXER LLP
655 Third Avenue
New York, NY 10017
Tel: 212.370.0330
gpetrillo@pkbllp.com
nboxer@pkbllp.com

Nancy Kestenbaum SDNY Bar # NK9768
Claire Catalano SDNY Bar # CC7432
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: 212-841-1000
nkestenbaum@cov.com
ccatalano@cov.com

James M. Garland*
Alexander A. Berengaut*
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tel: 202.662.6000
jgarland@cov.com
aberengaut@cov.com

*Admitted pro hac vice*

*Counsel for Microsoft Corporation*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of a Warrant to Search a Certain E-Mail Account Controlled and Maintained By Microsoft Corporation | Case Nos. 13-MAG-2814; M9-150 |

## CERTIFICATE OF SERVICE

I, E. Joshua Rosenkranz, hereby certify that on September 9, 2014, I caused to be served via FedEx Priority Overnight delivery a true and correct copy of Microsoft Corporation's AMENDED NOTICE OF APPEAL upon the United States Attorney for the Southern District of New York at the following address:

Justin Anderson
Serrin Turner
United States Attorney's Office for the Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Dated: September 8, 2014

E. Joshua Rosenkranz
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Tel: 212.506.5380
jrosenkranz@orrick.com
*Counsel for Microsoft Corporation*

1