AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| In the matter of a warrant to search a certain email... ) <br> *Plaintiff* ) <br> v. ) <br> *Defendant* ) | Case No.   1:13-mj-02814-UA-1 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Electronic Frontier Foundation

Date:    11/05/2015

s/ Mitchell L. Stoltz
*Attorney's signature*

Mitchell L. Stoltz NY SBN 4466272
*Printed name and bar number*

Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
*Address*

mitch@eff.org
*E-mail address*

(415) 436-9333
*Telephone number*

(415) 436-9993
*FAX number*