

**ELECTRONIC FRONTIER FOUNDATION**
Protecting Rights and Promoting Freedom on the Electronic Frontier

November 6, 2015

<u>VIA EMAIL TO devin_ness@nysd.uscourts.gov</u>

Hon. Loretta A. Preska
Chief U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 12A
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-12-15

    Re:    *USA v. In the matter of a Warrant to Search a certain E-mail account controlled and maintained by Microsoft Corporation*
            Criminal Docket Case No.: 1:13-mj-02814-UA-1

Dear Judge Preska:

    The Electronic Frontier Foundation ("EFF") is participating in the above-referenced case as *Amicus Curiae*. Attorney Hanni Fakhoury is no longer employed by EFF. Therefore, we respectfully request an order allowing Mitchell Stoltz to appear in this case and withdrawing Mr. Fakhoury.

    Thank you for your attention to this matter.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

11/10/15

Sincerely,

*/s/ Mitch Stoltz*
Mitchell L. Stoltz
Senior Staff Attorney

815 Eddy Street • San Francisco, CA 94109 USA
voice +1 415 436 9333    fax +1 415 436 9993    web www.eff.org    email information@eff.org