

*ATTORNEY TO BE NOTICED*

**Lorin L. Reisner**
United States Attorneys Office SDNY
One Saint Andrews Plaza
New York, NY 10007
(212)637-1035
Email: reisner.lorin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Ordered

→ Documents 1-4
unsealed for limited
purpose of transmitting
to the Supreme
Court. The documents
shall remain non-public
until further order of
this or anything Court.
(C.S. Francis) , USDS      1/11/18

**Serrin Andrew Turner**
U.S. Attorney's Office, SDNY
(Chambers Street)
86 Chambers Street
New York, NY 10007
(212)-637-2701
Fax: (212)-637-2686
Email: serrin.turner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/04/2013 | 1 | SEALED DOCUMENT placed in vault. So Ordered U.S. Magistrate Judge Michael H. Dolinger (Sealed Envelope is Document No. 14 under M9-150 ) (vb) (Entered: 05/29/2014) |
| 01/30/2014 | 2 | SEALED DOCUMENT placed in vault. So Ordered U.S. Magistrate Judge James C. Francis IV (Sealed Envelope is Document No. 31 under M9-150 ) (vb) (Entered: 05/29/2014) |
| 02/24/2014 | 3 | SEALED DOCUMENT placed in vault. So Ordered U.S. Magistrate Judge James C. Francis IV (Sealed Envelope is Document No. 42 under M9-150 ) (vb) (Entered: 05/29/2014) |
| 03/14/2014 | 4 | SEALED DOCUMENT placed in vault. So Ordered U.S. Magistrate Judge Frank Maas. (Sealed Envelope is Document No. 65 under M9-150 ) (vb) (Entered: 05/29/2014) |
| 04/25/2014 | 5 | MEMORANDUM AND ORDER as to In the matter of a Warrant to Search a certain E-mail account controlled and maintained by Microsoft Corporation denying Microsoft's motion to quash the warrant in part. (Signed by Magistrate Judge James C. Francis on 4/25/14)( Filed as Document no. 93 in case M9-150 )(vb) (Entered: 05/29/2014) |
| 04/25/2014 | 6 | REDACTED MEMORANDUM OF LAW by In the matter of a Warrant to Search a certain E-mail account controlled and maintained by Microsoft Corporation in Support Of Microsoft's Motion to Vacate in part an SCA warrant seeking customer information located outside the U.S.. ( Filed as Document no. 94 in case M9-150 ) (vb) (Entered: 05/30/2014) |