UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

N.Y.S.D. Case #
13-mj-2814(LAP)

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of May, two thousand and eighteen.

Present: Gerard E. Lynch,
Susan L. Carney,
    *Circuit Judges*,
Victor A. Bolden,
    *District Judge*.*

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** May 23, 2018

_____

In the matter of a Warrant to Search a certain E-mail account controlled and maintained by Microsoft Corporation,

_____

Microsoft Corporation,

    Appellant,

v.

United States of America,

    Appellee.

_____

**ORDER**

Docket No. 14-2985

In light of the Supreme Court's decision in *United States v. Microsoft Corp.*, 138 S. Ct. 1186 (2018), vacating our prior judgment in this case, *In re Warrant to Search a Certain E-mail Account Controlled and Maintained by Microsoft Corp.*, 829 F.3d 197 (2d Cir. 2016), and directing our further action with respect to the District Court, it is hereby ORDERED that the District Court's contempt finding and denial of Microsoft's motion to quash are VACATED, and the cause is REMANDED to the District Court, with instructions to dismiss the case as moot.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/23/2018

---

* Judge Victor A. Bolden, of the United States District Court for the District of Connecticut, sitting by designation.