UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

-against-

MICROSOFT CORPORATION,

Defendants.

13 MJ 2814 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

In light of the Supreme Court's decision in United States v. Microsoft Corp., 138 S. Ct. 1186 (2018) and the Court of Appeals' mandate, the case is hereby dismissed as moot.

SO ORDERED.

Dated:  New York, New York
        July 24, 2018

_____
LORETTA A. PRESKA
Senior United States District Judge